UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Unknown Entity Holdings, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Tribeca Capital Group, LLC,<br><br>    Defendant. | Civ. Action No. 3:23-cv-00189 |

**CONSENT JUDGMENT, PERMANENT INJUNCTION AND ORDER AGAINST TRIBECA CAPITAL GROUP, LLC**

Plaintiff Unknown Entity Holdings, LLC ("Plaintiff") and Defendant Tribeca Capital Group, LLC ("Tribeca" or "Defendant") (collectively, the "Parties") having jointly moved for entry of a Consent Judgment, Permanent Injunction and Order Against Defendant Tribeca Capital Group, LLC, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Parties have stipulated to the following:

    a. Plaintiff owns the work, "FAQ: Do Personal Injury Settlements Affect Medicaid" (the "Medicaid Work"), registered with the U.S. Copyright Office as Registration Number TXu002333698.

    b. Plaintiff owns the work, "How Long Can a Lawyer Hold Your Settlement Check in Escrow?" (the "Settlement Check Work"), registered with the U.S. Copyright Office as Registration Number TXu002348016.

    c. Plaintiff owns the work, "Can Child Support Be Taken From a Personal Injury Settlement?" (the "Child Support Work"), registered with the U.S. Copyright Office as Registration Number TXu002351476.

d. Plaintiff owns the work, "Car Accident Loans or Accident Lawsuit Funding?" (the "Car Accident Loans Work"), registered with the U.S. Copyright Office as Registration Number TXu002347620 (the Medicaid Work, the Settlement Check Work, the Child Support Work, and the Car Accident Loans Work are collectively the "Copyrighted Works").

e. Tribeca has published, printed, and publicly displayed, or caused to be published, printed, and publicly displayed, an article titled, "Do I Have To Report My Settlement To Medicaid?" (the "Medicaid Infringing Work"), on its website, tribecalawsuitloans.com, (the "Tribeca Website"). The Medicaid Infringing Work is substantially similar to and a derivative work based on Plaintiff's work, the Medicaid Work.

f. Tribeca has published, printed, and publicly displayed, or caused to be published, printed, and publicly displayed, an article titled, "How Long Does A Settlement Check Take To Clear" (the "Settlement Check Infringing Work"), on the Tribeca Website. The Settlement Check Infringing Work is substantially similar to and a derivative work based on Plaintiff's work, the Settlement Check Work.

g. Tribeca has published, printed, and publicly displayed, or caused to be published, printed, and publicly displayed, an article titled, "How Much Can Child Support Take From Settlement" (the "Child Support Infringing Work"), on the Tribeca Website. The Child Support Infringing Work is substantially similar to and a derivative work based on Plaintiff's work, the Child Support Work.

    h.  Tribeca has published, printed, and publicly displayed, or caused to be published, printed, and publicly displayed, an article titled, "Should Injured Victims Get Car Accident Loans?" (the "<u>Car Accident Loans Infringing Work</u>") (the Medicaid Infringing Work, the Settlement Check Infringing Work, the Child Support Infringing Work, and the Car Accident Loans Infringing Work are collectively the "<u>Infringing Works</u>"), on the Tribeca Website. The Car Accident Loans Infringing Work is substantially similar to and a derivative work based on Plaintiff's work, the Car Accident Loans Work.

2. Pursuant to 17 U.S.C. § 502 and Federal Rule of Civil Procedure 65, Defendant, its agents, heirs, successors and assigns, and any individual or company controlled or affiliated with Defendant, or acting on behalf of or in concert with Defendant, are permanently enjoined from: (i) distributing, advertising, or displaying, or authorizing any third party to distribute, advertise, or display the Infringing Works and any products, works, or other materials that include, copy, are derived from, or otherwise embody the Copyrighted Works; (ii) reproducing, distributing, or publicly displaying the Copyrighted Works, creating any derivative works based on the Copyrighted Works, or engaging in any activity that infringes Plaintiff's rights in its Copyrighted Works; and (iii) aiding, assisting, or abetting any other individual or entity in doing any act prohibited by subsections (i) or (ii).

3. Tribeca shall pay Plaintiff $10,000.00 USD, and will identify, via email to Plaintiff's counsel, the creator of each of the Infringing Works.

4. The terms of the Consent Judgment, Permanent Injunction and Order are binding on the Parties in any future action and the Parties are foreclosed, in any future action, from litigating any of such terms and stipulations.

5. The Parties shall bear their own costs and attorneys' fees.

6. This Consent Judgment constitutes a Final Judgment pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED.

SIGNED: March 29, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

| TRIBECA CAPITAL GROUP, LLC | THOMPSON COBURN LLP |
|---|---|
| /Rory Donadio<br><br>Rory Donadio, *pro se* for Defendant<br>57 Pease Avenue<br>Verona, New Jersey 07044<br>Phone (971) 797-3199 | /Jasmine Wynton<br><br>Nicole L. Williams (TX # 24041784)<br>Jasmine S. Wynton (TX # 24090481)<br>Thompson Coburn LLP<br>2100 Ross Avenue, Suite 3200<br>Dallas, Texas 75201<br>(972) 629-7100 (telephone)<br>(972) 629-7171 (fax)<br>nwilliams@thompsoncoburn.com<br>jwynton@thompsoncoburn.com<br><br>*Attorneys for Plaintiff* |